Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

CUYLER SHAW        1413-0
MIRANDA TSAI       8308-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: cshaw@awlaw.com, mtsai@awlaw.com

Attorneys for
 THE STATE OF HAWAII

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | ) CASE NO. 08-00337 |
|---|---|
| | ) (Chapter 11) |
| ALOHA AIRLINES, INC., ET AL., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) DATE: April 24, 2008 |
| | ) TIME: 11:00 a.m. (PST) |
| | ) JUDGE: Hon. Randall J. Newsome |
| | ) |

DECLARATION OF W. ROSS SMITH IN SUPPORT OF
STATE OF HAWAII'S CONDITIONAL OBJECTION
REGARDING DEBTOR'S PROPOSED SALE OF
CARGO SERVICES BUSINESS; EXHIBITS "A" – "E"

I, W. Ross Smith, under penalty of perjury, state as follows:

1.  I am the Property Management and Land Acquisition Supervisor for the Airports Division ("Airports") of the Department of Transportation for the

487045.01

State of Hawaii ("State"). As such, I have direct responsibility for the Division's management of its various leases and permits with Debtor Aloha Airlines, Inc. ("Aloha"), and am competent to testify to the matters set forth herein.

2. I am submitting this declaration in support of the *State of Hawaii's Conditional Objection Regarding Debtor's Proposed Sale of Cargo Services Business* filed of even date herewith.

3. Attached hereto as Exhibit "A" is a list of the leases and revocable permits demising/renting the State of Hawaii airports spaces which Aloha uses for its cargo operations and the space rent arrearages due under each as of March 21, 2008.

4. The figures in Exhibit "A" were compiled by my office and are based upon the records and files of the State of Hawaii, Department of Transportation, Airports Division.

5. Attached hereto as Exhibit "B" is a list of the leases, revocable permits and parking permits demising/renting the State of Hawaii airports spaces which Aloha uses for its contract services operations and the space rent arrearages due under each as of March 21, 2008.

6. The figures in Exhibit "B" were compiled by my office and are based upon the records and files of the State of Hawaii, Department of Transportation, Airports Division.

7. Attached hereto as Exhibit "C" is a true and correct copy of Revocable Permit No. 5560 demising space at Hilo International Airport which Aloha uses in its cargo operations.

8. The form and terms and conditions of Revocable Permit No. 5560, including the terms in paragraph 19 prohibiting assignment are the same or substantially identical to the form, terms and conditions contained in each of the other revocable permits listed on Exhibits "A" and "B".

9. Attached hereto as Exhibit "D" is a true and correct copy of Parking Permit 03-0053 which licenses space at Honolulu International Airport used by Aloha for parking ramp equipment.

10. The form and terms and conditions of Parking Permit No. 03-0053, including the terms in paragraph 7 to the effect that the permit is revocable without cause are the same or substantially identical to the form, terms and conditions contained in each of the other parking permits listed on Exhibits "A" and "B".

11. Attached hereto as Exhibit "E" is a true and correct copy of excerpts of the following portions of Lease No. DOT A-62-22 by which the State demises space used for Aloha's cargo business at Honolulu International Airport to Aloha:

    (a) Title page and Table of Contents;

    (b) Initial six (6) pages of the lease;

(c) Article XXVIII dealing with "Assignment and Sub-Letting"; and

(d) the signature page.

Although the lease has been amended on numerous occasions since its May 25, 1962 execution date, Article XXVIII has not been amended.

12. Aloha rents the space needed for its cargo operations at the State's airports under a number of revocable permits ("RPs") listed on Exhibit "A" and two leases identified as follows:

(a) Lease No. DOT-A-62-22 for Honolulu Airport ("HNL Lease"),

(b) Lease No. DOT-A-78-23 for Lihue Airport ("LIH Lease"), each of which leases is also listed on Exhibit "A".

13. The HNL Lease requires Aloha as lessee to pay not only per square foot space rents for actual space rented but also "Airport Use Charges" including landing fees based on the number of landings by Aloha's passenger and cargo planes at Honolulu International Airport.

14. The aggregated Airport Use Charges due and owing from Aloha under the HNL Lease and the counterpart "signatory" airport-airline leases for each of the State's other airports (based on Aloha landings at each airport) are estimated at $1,740,605 as of March 21, 2008.

15. More than half of the $1,740,605 statewide arrearage is allocable to and due and owing and in default under the HNL Lease.

16. The HNL Lease also demises not only cargo space but also space used by Aloha for its regular operations.

17. The total space rent and Airport Use Charge arrearages owed to Airports under the HNL Lease, calculated through March 21, 2008 and including only those space rents and Airport Use Charges/landing fees allocable to Aloha's <u>cargo</u> (but not passenger) operations and <u>cargo</u> (but not passenger) landings at Honolulu International Airport are $238,827.45, all as shown on Exhibit "A".

18. The LIH Lease also covers not only cargo but also space used by Aloha for passenger services operations, e.g. office, VIP lounge, baggage make-up and ticket check-in.

19. The quarterly rent payable under the LIH Lease allocable to passenger services space is $82,372.31 (versus a quarterly rent of $14,938.52 allocable to the cargo space covered by the same lease).

20. The State has not yet determined the portion of the $1,740,605 statewide Airport Use Charge arrearage allocable to the LIH Lease.

21. The spaces occupied and operated by Aloha in connection with its contract services division are rented to Aloha under RPs, except at Kahului Airport where the space is covered by Lease No. DOT-A-78-25 ("OGG Lease").

22. The OGG Lease also demises regular operations space for check-in, storage, office, VIP lounge and other uses at a quarterly rental of $83,208.30 (versus a quarterly rent of $5,613.23 allocable to the contract services operations space covered by the same lease).

23. The total space rent arrearages under the OGG Lease and contract services RPs calculated through March 21, 2008, and including only rents due under the OGG Lease for space used for contract services, are $174,189.68 as shown on Exhibit "B". The $174,189.68 arrearage does not include the portion of the statewide Airport Use Charge arrearage allocable to the OGG Lease based on the number of landings by Aloha's passenger and cargo planes at Kahului Airport which the State has not yet determined.

DATED: Honolulu, Hawaii; April _18_, 2008.

_____
W. ROSS SMITH