BERGER SINGERMAN, P.A.
Paul Steven Singerman  FL Bar No. 378860
Jordi Guso FL Bar No. 863580
200 South Biscayne Blvd., Suite 1000
Miami, Florida  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340
E-Mail: singerman@bergersingerman.com
         jguso@bergersingerman.com

DAVID C. FARMER ATTORNEY AT LAW LLLC
David C. Farmer    3946
225 Queen Street, Suite 15A
Honolulu, HI 96813-4639
Telephone: (808) 222-3133
Facsimile: (808) 529-8642
E-Mail: farmerd001@hawaii.rr.com

Co-Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF HAWAII**

| In re: | ) | Case No. 08-00337 |
|---|---|---|
|  | ) | (Chapter 11 Cases) |
| ALOHA AIRLINES, INC., | ) | (Jointly Administered) |
| a Delaware corporation, et al.,[1] | ) | (Honorable Lloyd King) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |
| This document relates to: | ) |  |
|  | ) |  |
| ALL CASES | ) |  |
|  | ) |  |

---

[1] The last four digits of the taxpayer identification number for each of the debtors follows in parentheses: (a) Airgroup (9996); (b) Aloha (4888); and (c) Acquisition (8526). The address for all Debtors is 500 Two Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii.

1061776-1

# DEBTORS' NOTICE OF CONVERSION OF CASES TO CHAPTER 7

Pursuant to 11 U.S.C. § 1112(a), Aloha Airlines, Inc., Aloha Airgroup, Inc. and Airgroup Acquisition Corp., debtors and debtors-in-possession (collectively the "Debtors"), by undersigned counsel, hereby convert their above-captioned chapter 11 reorganization cases to cases under chapter 7 of the Bankruptcy Code.

Dated: Honolulu, Hawaii; April 28, 2008.

        BERGER SINGERMAN, P.A.
        Counsel for Debtors-in-Possession
        200 South Biscayne Blvd., Suite 1000
        Miami, Florida 33131
        Telephone No. (305) 755-9500
        Facsimile No. (305) 714-4340

        and

        125 S. Gadsden Street, Ste. 300
        Tallahassee, FL 32301
        Telephone No. (850) 561-3010
        Facsimile No. (850) 561-3013

        By:    */s/ Paul Steven Singerman*
        Paul Steven Singerman
        Florida Bar No. 378860
        singerman@bergersingerman.com
        Jordi Guso
        Florida Bar No. 0863580
        jguso@bergersingerman.com

        and

DAVID C. FARMER ATTORNEY AT
LAW LLLC
David C. Farmer    3946
225 Queen Street, Suite 15A
Honolulu, HI 96813-4639
Telephone: (808) 222-3133
Facsimile: (808) 529-8642
E-Mail: farmerd001@hawaii.rr.com

By: /s/ *David C. Farmer*