OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CAROL K. MURANAKA   1884
Assistant United States Trustee
1132 Bishop St., Suite 602
Honolulu, HI  96813
Telephone: (808) 522-8150
Facsimile: (808) 522-8186
carol.k.muranaka@usdoj.gov

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) CASE NO. 08-00337 |
| | ) (Chapter 11 Cases) |
| | ) (Jointly Administered) |
| ALOHA AIRLINES, INC., | ) |
| a Delaware corporation, et al., | ) |
| | ) |
| Debtors. | ) |
| | ) |
| This document relates to: | ) |
| | ) |
| ALL CASES | ) |
| | ) Judge: Hon. Lloyd King |

## APPOINTMENT OF INTERIM TRUSTEE

Pursuant to 11 U.S.C. § 701(a)(1), the United States Trustee hereby appoints Dane Field who is a member of the panel of Chapter 7 Trustees to serve as interim trustee for this case.

Mr. Field's address is 333 Queen Street, Suite 803, Honolulu, Hawaii 96813, telephone (808) 232-8788, fax number (808) 531-1020, and his email address is DaneF@gucl.com.

DATED: Honolulu, Hawaii, April 30, 2008.

TIFFANY L. CARROLL
Acting United States Trustee

By: _____
CAROL K. MURANAKA
Assistant United States Trustee