Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

| | |
|---|---|
| CUYLER SHAW | 1413-0 |
| MIRANDA TSAI | 8308-0 |

Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: cshaw@awlaw.com, mtsai@awlaw.com

Attorneys for
 THE STATE OF HAWAII

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

In re

ALOHA AIRLINES, INC.,
a Delaware corporation, et. al.

            Debtors.

) CASE NO. 08-00337
) (Chapter 11)
) (Jointly Administered)
)
) DATE: May 1, 2008
) TIME: 9:30 a.m.
) JUDGE: The Honorable Lloyd King
)

### ORDER MODIFYING AUTOMATIC
### STAY AS TO PASSENGER OPERATIONS SPACES

The State of Hawaii ("State") having filed a Motion for Relief from

Automatic Stay As To Passenger Operations Spaces herein on April 9, 2008, the

Motion having been set for hearing on Thursday, May 1, 2008, at 9:30 a.m., and

the records and files in the case having been reviewed by the Court, and the Court

489995.01

1

having received no opposition or responsive statement opposing the relief requested in the Motion within twelve days of filing of the Motion, and the Motion therefore having been removed from the Bankruptcy Court's calendar, and good cause appearing therefor;

IT IS HEREBY ORDERED that the automatic stay is modified and terminated with respect to Debtor Aloha Airlines, Inc. ("Aloha") and those premises located at Honolulu International Airport, Kona International Airport at Keahole, Hilo International Airport, Lihue Airport, and Kahului Airport that are listed on Exhibit "A" attached hereto to permit the State to:

1. terminate and/or give notice of nonrenewal of the revocable permits listed on Exhibit "A" that were for spaces used by Aloha for its passenger flight operations;

2. terminate the parking permits listed on Exhibit "A" that were for spaces used by Aloha for its passenger flight operations;

3. revoke, cancel or terminate the AIPMs listed on Exhibit "A" that were for spaces used by Aloha for its passenger flight operations; and

4. exercise any and all rights granted it under the aforementioned revocable permits, parking permits, and AIPMs.

IT IS FURTHER ORDERED that the order not be stayed pursuant to Rule 4001(a)(3) of the Bankruptcy Rules for a ten-day period following entry, based

489995.01

U.S. Bankruptcy Court - Hawaii #08-00337 Dkt # 382 Filed 05/02/08 Page 2 of 8

upon the fact that because Aloha has discontinued its passenger flight operations and abandoned the passenger flight operations spaces, and reallocation of the spaces is critical for the orderly operation of the various airports.

IT IS FURTHER ORDERED that the State of Hawaii may not obtain a deficiency judgment against the Debtors without further order of the Court.

MAY 0 2 2008

_____
United States Bankruptcy Judge

---

In re Aloha Airlines, Inc.; Case No. 08-00337 (Chapter 11); U.S. Bankruptcy Court, D. Haw.,
*Order Modifying Automatic Stay As to Passenger Operations Spaces*

489995.01

3

# EXHIBIT "A"

| Contract No. | Space No. | Purpose | Area (sq. ft.) | Rate (psfpa) | Quarterly Rental |
|---|---|---|---|---|---|
| | | Aloha Contracts - Cargo | | | |
| DOT-A-62-0022 | HNL-004-103A | Land (operations) | 120,570 | $1.22 | |
| Amendment #15 | HNL-004-103B | Land (maintenance/cargo) | 155,783 | $1.22 | |
| | Contract total | | 276,353 | | |
| RP-5431 | HNL-183-104 | maintenance seat storage | 5,815 | $5.00 | |
| | Contract total | | | | |
| RP 5449 | HNL-182-101 | maintenance storage | 7,171 | $6.00 | |
| | Contract total | | | | |
| PP-90-0890 | HNL-004-135 | Land (maintenance/cargo) | 20,000 | $4.80 | |
| | Contract total | | | | |
| RP-4109 | ITO-002-104 | lot-equipment parking | 1,515 | $2.00 | |
| | ITO-111-000 | cargo office | 2,785 | $7.20 | |
| | Contract Total | | 4,300 | | |
| RP-4529 | ITO-132-000 | cargo building | 5,250 | $3.02 | |
| | Contract Total | | 5,250 | | |
| RP-4557 | ITO-002-106 | equipment storage | 4,800 | $2.00 | |
| | ITO-512-109 | equipment storage | 3,000 | $2.00 | |
| | ITO-002-124 | equipment storage | 1,350 | $1.80 | |
| | Contract Total | | 9,150 | | |
| RP4602 | ITO-109-102 | ground equip maint | 2,260 | $4.50 | |
| | Contract Total | | 2,260 | | |
| RP-5490 | ITO-008-105 | storage of fuel tank | 102 | min | |
| | Contract Total | | | | |
| RP-5516 | ITO-109-101 | ground equip maint | 1,242 | $4.50 | |
| | Contract Total | | 1,242 | | |
| RP-4788 | KOA-103-101 | cargo operation | 970 | $9.60 | |
| | KOA-103-102 | cargo operation | 987 | $9.60 | |
| | KOA-103-103 | cargo operation | 987 | $9.60 | |
| | KOA-103-104 | cargo operation | 987 | $9.60 | |
| | KOA-103-105 | cargo operation | 987 | $9.60 | |
| | Contract Total | | 4,918 | | |
| RP-5154 | KOA-004-106 | cargo operation | 12,213 | $2.15 | |
| | Contract Total | | 12,213 | | |
| RP-5520 | KOA-104-116 | maintenance shop | 974 | $9.60 | |



EXHIBIT "A"

|  | Contract Total |  | 974 |  |  |
|---|---|---|---|---|---|
| RP 3924 | OGG-001-120 | Paved Area | 3,120 | $2.18 |  |
|  | OGG-103-101A | Cargo Bldg. | 5,396 | $6.75 |  |
|  | OGG-103-101B | Loading Dock | 360 | $6.75 |  |
|  | OGG-103-101C | Cargo Bldg. | 176 | $6.75 |  |
|  | OGG-103-101D | Cargo Bldg. | 191 | $6.75 |  |
|  | Contract Total |  |  |  |  |
|  |  |  |  |  |  |
| RP-6072 | OGG-103-201 | Office | 276 | $24.92 |  |
|  | Contract Total |  |  |  |  |
|  |  |  |  |  |  |
| DOT-A-78-23 | LIH-135-107 | Cargo | 10,640 | $4.73 | $12,581.80 |
| Amendment #6 | LIH-135-107A | Cargo | 302 | $4.73 | $357.12 |
|  | LIH-135-107B | Cargo | 107 | $4.73 | $126.53 |
|  | LIH-135-107C | Cargo | 95 | $4.73 | $112.34 |
|  | LIH-135-107D | Cargo | 311 | $4.73 | $367.76 |
|  | LIH-135-107E | Cargo | 1,178 | $4.73 | $1,392.99 |
|  |  |  |  |  |  |
| **Total for Cargo Spaces** |  |  |  |  | **$14,938.52** |

Total for Landing Charges     ( See last page of this exhibit )

Total                                               u

| Monthly Rental | Rental Arrearages | Interest Arrearages | Total Arrearages |
|---|---|---|---|
| | | | |
| | | | |
| $12,257.95 | | | |
| $15,837.94 | | | |
| $28,095.89 | $47,128.59 | $83.13 | $47,211.72 |
| | | | |
| $2,422.92 | | | |
| $2,422.92 | $1,641.33 | $23.10 | $1,664.43 |
| | | | |
| $3,585.50 | | | |
| $3,585.50 | $2,428.89 | $34.19 | $2,463.08 |
| | | | |
| $8,000.00 | | | |
| $8,000.00 | $5,419.35 | $76.27 | $5,495.62 |
| | | | |
| $252.50 | | | |
| $1,671.00 | | | |
| $1,923.50 | 1,303.02 | 18.34 | 1,321.36 |
| | | | |
| $1,321.25 | | | |
| $1,321.25 | 895.04 | 12.60 | 907.64 |
| | | | |
| $800.00 | | | |
| $500.00 | | | |
| $202.50 | | | |
| $1,502.50 | 1,017.82 | 14.32 | 1,032.14 |
| | | | |
| $847.50 | | | |
| $847.50 | 574.11 | 8.08 | 582.19 |
| | | | |
| $15.00 | | | |
| $15.00 | 10.16 | 0 | 10.16 |
| | | | |
| $465.75 | | | |
| $465.75 | 315.51 | 4.44 | 319.95 |
| | | | |
| $776.00 | | | |
| $789.60 | | | |
| $789.60 | | | |
| $789.60 | | | |
| $789.60 | | | |
| $3,934.40 | 2,665.24 | 37.51 | 2,702.75 |
| | | | |
| $2,188.16 | | | |
| $2,188.16 | 1,482.30 | 20.86 | 1,503.16 |
| | | | |
| $779.20 | | | |

| | | | |
|---:|---:|---:|---:|
| **$779.20** | $527.85 | $7.43 | **$535.28** |
| $566.80 | | | |
| $3,035.25 | | | |
| $202.50 | | | |
| $99.00 | | | |
| $107.44 | | | |
| **$4,010.99** | **$2,717.12** | **$38.24** | **$2,755.36** |
| $573.16 | | | |
| **$573.16** | **$388.27** | **$2.07** | **$390.34** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 0 | 54.02 | 54.02 |
| | | | |
| **$59,665.71** | **$68,514.60** | **$434.60** | **$68,949.20** |

$169,878.25

$238,827.45