Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

CUYLER SHAW        1413-0
MIRANDA TSAI       8308-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: cshaw@awlaw.com, mtsai@awlaw.com

Attorneys for
 State of Hawaii

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ALOHA AIRLINES, INC.,<br><br>    Debtor. | ) CASE NO. 08-00337<br>) (Chapter 11)<br>)<br>) DATE:<br>) TIME:<br>) JUDGE: The Honorable Lloyd King<br>) |

## DECLARATION OF CUYLER SHAW; EXHIBITS "A"-"D"

I, CUYLER SHAW, under penalty of perjury, state as follows:

1. I am one of the attorneys representing the State of Hawaii ("State") and am competent to testify to the matters set forth herein.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter dated May 2, 2008 by which the State thought its counsel notified the bankruptcy

506832.03

1

trustee through his counsel that the bankruptcy court had entered an order modifying automatic with respect to Aloha's passenger service space and requested the immediate return of such spaces for use by other airlines.

3. Attached hereto as Exhibit "B" is a true and correct copy of an email dated May 6, 2008 by which Trustee Dane Field's counsel responded to the State's May 2, 2008 letter.

4. Attached hereto as Exhibit "C" is a true and correct copy of an email communication dated May 15, 2008 by which the State requested that the Trustee return Aloha's passenger service spaces to Airports.

5. Attached hereto as Exhibit "D" is a true and correct copy of the Amended Order Modifying Automatic Stay as to Passenger Operations Spaces; Exhibit "A" filed in this case at Docket No. 410 on May 6, 2008.

DATED: Honolulu, Hawai'i; June 13, 2008.

_____
CUYLER SHAW