| Aloha Regular Operations Contracts | | | | | |
|---|---|---|---|---|---|
| Contract Number | Space Number | Purpose | Area (sq. ft.) | Rate (psfpa) | Monthly Rental |
| DOT-A-62-0022 | HNL-310-216 | Office | 2,372 | $33.82 | $6,685.09 |
| | | AC | 2,372 | $3.00 | $593.00 |
| **Contract total** | | | | | **$7,278.09** |
| RP 5051 | HNL-310-105 | Baggage Make-up | 2,776 | $33.82 | $7,823.69 |
| | HNL-310-106 | Baggage Make-up | 7,920 | $33.82 | $22,321.20 |
| | HNL-310-218 | Ticket counter | 1,100 | $33.82 | $3,100.17 |
| | | AC | 1,100 | $3.00 | $275.00 |
| | HNL-310-408 | Office | 235 | $33.82 | $662.31 |
| | | AC | 235 | $3.00 | $58.75 |
| | HNL-310-408A | Drive thru check in | 103 | $33.82 | $290.29 |
| | HNL-310-408B | Drive thru check in | 217 | $33.82 | $611.58 |
| **Contract total** | | | | | **$35,142.99** |
| RP 5210 | HNL-310-172B | Parking | 402 | $7.38 | $247.23 |
| **Contract total** | | | | | **$247.23** |
| RP 5759 | HNL-310-291 | Curbside check in | 38 | $33.82 | $107.10 |
| **Contract total** | | | | | **$107.10** |
| RP 5920 | HNL-310-219A | Ticket counter | 193 | $33.82 | $543.94 |
| **Contract total** | | | | | **$543.94** |
| RP 5922 | HNL-310-219B | Ticket counter | 134 | $33.82 | $377.66 |
| | HNL-310-219C | Ticket counter | 134 | $33.82 | $377.66 |
| **Contract total** | | | | | **$755.31** |
| AIR-PM 94.919 | HNL-311-114 | Ramp office | 6,493 | $33.82 | $18,299.44 |
| as corrected by | HNL-310-202C | VIP lounge | 3,496 | $33.82 | $9,852.89 |
| AIR-PM 95.864 | | AC | 3,496 | $3.00 | $874.00 |
| (RP 5125 IP) | HNL-310-207 | Office | 1,958 | $33.82 | $5,518.30 |
| | | AC | 1,958 | $3.00 | $489.50 |
| | HNL-310-214 | Office | 2,872 | $33.82 | $8,094.25 |
| | | AC | 2,872 | $3.00 | $718.00 |
| | HNL-310-301 | Office | 1,524 | $33.82 | $4,295.14 |
| | | AC | 1,524 | $3.00 | $381.00 |
| **Contract total** | | | | | **$48,522.52** |
| AIR-PM 02-0229 | HNL-310-135 | Lost & found baggage o | 453 | $33.82 | $1,276.70 |
| (RP 5981 IP) | | AC | 453 | $3.00 | $113.25 |
| **Contract total** | | | | | **$1,389.95** |
| RP 6097 | HNL-310-107 | Baggage Make-up | 8,059 | $33.82 | $22,712.95 |
| | HNL-310-107A | Monitoring room | 246 | $33.82 | $693.31 |
| | HNL-310-107A | AC (Monitoring room) | 246 | $3.00 | $61.50 |
| | HNL-310-219D | Ticket counter | 134 | $33.82 | $377.66 |
| | HNL-310-219E | Ticket counter | 134 | $33.82 | $377.66 |



EXHIBIT D

| | | | | | |
|---|---|---|---|---|---|
| Contract total | | | | | $24,223.07 |
| | | | | | |
| | | | | | |
| RP-6358 | HNL-311-101B | Pilot's Locker Room | 973 | $33.82 | $2,742.24 |
| | | AC | 973 | $3.00 | $243.25 |
| Contract total | | | | | $2,985.49 |
| | | | | | |
| RP-6689 (IP) | Gate 50 | Preferential Holdroom | 3,483 | $33.82 | $9,816.26 |
| | Gate 51 | Preferential Holdroom | 3,483 | $33.82 | $9,816.26 |
| | Gate 52 | Preferential Holdroom | 3,483 | $33.82 | $9,816.26 |
| | Gate 53 | Preferential Holdroom | 3,483 | $33.82 | $9,816.26 |
| | Gate 54 | Preferential Holdroom | 3,483 | $33.82 | $9,816.26 |
| Contract total | | | | | $49,081.30 |
| | | | | | |
| Total for Regular Serivce Permits | | | | | $170,276.98 |



| Aloha Regular Operations Contracts | | | | | | |
|---|---|---|---|---|---|---|
| Contract No. | Space No. | Purpose | Area (Sq. Ft.) | Rate (psfpa) | Quarterly Rental | Monthly Rental |
| DOT-A-76-0022 | ITO-307-170 | ramp office | 946 | $20.51 | $4,850.62 | |
| | ITO-307-170 | ramp office-A/C charge | 946 | $3.00 | $709.50 | |
| | ITO-307-171 | storage | 83 | $20.51 | $425.58 | |
| | ITO-307-181 | ticket counter | 489 | $20.51 | $2,507.35 | |
| | ITO-307-182 | office ground floor | 1,321 | $20.51 | $6,773.43 | |
| | ITO-307-182 | office ground floor-A/C | 1,321 | $3.00 | $990.75 | |
| | ITO-307-183 | baggage make-up | 3,283 | $20.51 | $16,833.58 | |
| | ITO-308-127 | baggage storage cage | 65 | $20.51 | $333.29 | |
| | ITO-308-128 | baggage storage cage | 65 | $20.51 | $333.29 | |
| | ITO-308-212 | passenger loading bridge | 441 | fixed | $3,000.00 | |
| | **Contract Total** | | | | **$36,757.38** | |
| RP-4138 | ITO-307-152 | premier lounge | 706 | $11.20 | | $658.93 |
| | ITO-307-152 | premier lounge-A/C | 706 | $3.00 | | $176.50 |
| | **Contract Total** | | | | | **$835.43** |
| RP-4558 | ITO-308-131B | equipment storage | 900 | $3.60 | | $270.00 |
| | ITO-308-133A | equipment storage | 900 | $3.60 | | $270.00 |
| | ITO-308-133C | equipment storage | 675 | $3.60 | | $202.50 |
| | **Contract Total** | | | | | **$742.50** |
| RP-5993 | ITO-002-125 | equipment pkg, storage | 450 | $2.00 | | $75.00 |
| | **Contract Total** | | 450 | | | **$75.00** |
| RP-6440 | ITO-308-136 | baggage service office | 158 | $20.51 | | $270.05 |
| | ITO-308-136 | A/C | 158 | $3.00 | | $39.50 |
| | **Contract Total** | | | | | **$309.55** |
| **Total for Regular Service Contracts** | | | | | **$36,757.38** | **$1,962.48** |

| | | | | | | |
|---|---|---|---|---|---|---|
| RP-5560 | ITO-002-120 | lot | 2,725 | $1.01 | $229.35 | |
| | ITO-303-105 | cargo operation | 281 | $4.50 | | |
| | ITO-303-109 | cargo operation | 126 | $4.50 | | |
| | ITO-303-126 | cargo operation | 1,071 | $4.50 | | |
| | ITO-303-130 | cargo operation | 150 | $4.50 | | |
| | ITO-303-131 | cargo operation | 150 | $4.50 | | |
| | ITO-303-139 | cargo operation | 6,133 | $4.50 | $2,966.63 | |
| **Contract Total** | | | 10,636 | | **$3,195.98** | |

| Aloha Regular Operations Contracts | | | | | |
|---|---|---|---|---|---|
| Contract Number | Space Number | Purpose | Area (Sq. Ft.) | Rate (psfpa) | Monthly Rental |
| RP-5556 | KOA-363-101 | premier lounge | 550 | $28.26 | $1,295.25 |
| | Contract Total | | 550 | | $1,295.25 |
| RP-6547 | KOA-110-000 | trailer | 240 | $9.60 | $192.00 |
| | | electricity | 240 | $1.80 | $36.00 |
| | Contract Total | | | | $228.00 |
| RP-6694 (IP) | Gate 4 | Preferential holdroom* | 2,265 | $28.26 | $5,334.08 |
| | Contract Total | | 2,265 | | $5,334.08 |
| *Based on average size of holdrooms. | | | | | |
| Total for Regular Service Contracts | | | | | $20,613.37 |

| Aloha Regular Operations Contracts | | | | | | |
|---|---|---|---|---|---|---|
| Contract Number | Space Number | Purpose | Area | Rate (psfpa) | Quarterly Rental | Monthly Rental |
| DOT-A-78-23 | LIH-306-114 | Ramp Office | 1,378 | $52.93 | $18,234.39 | |
| | LIH-306-129 | Baggage Make-up | 1,405 | $52.93 | $18,591.66 | |
| | LIH-306-210 | Office | 289 | $52.93 | $3,824.19 | |
| | LIH-306-216 | VIP | 653 | $52.93 | $8,640.82 | |
| | LIH-306-224 | Office | 1,258 | $52.93 | $16,646.49 | |
| | LIH-306-224A | Ticket Check-in | 477 | $52.93 | $6,311.90 | |
| | LIH-306-305 | Office | 765 | $52.93 | $10,122.86 | |
| | **Contract Total** | | **6,225** | | **$82,372.31** | |
| PP-00-K002 | LIH-610-188A | Open Ramp Parking | 4,161 | $1.80 | | $624.15 |
| | LIH-610-188B | Open Ramp Parking | 1,127 | $1.80 | | $169.05 |
| | LIH-610-188C | Open Ramp Parking | 1,320 | $1.80 | | $198.00 |
| | LIH-610-188E | Open Ramp Parking | 1,327 | $1.80 | | $199.05 |
| | **Contract Total** | | **7,935** | | | **$1,190.25** |
| RP 5856 | LIH-640-109C | Curbside Check-in | 36 | $52.93 | | $158.79 |
| | **Contract Total** | | **36** | | | **$158.79** |
| RP-6693 (IP) | Gate 8 | Preferential Holdroom | 2,012 | $52.93 | | $8,874.60 |
| | | | | | | $8,874.60 |
| **Total for Regular Service Contracts** | | | | | **$82,372.31** | **$10,223.64** |

| Contract Number | Space Number | Purpose | Area (sq. ft.) | Rate (psfpa) | Quarterly Rental | Monthly Rental |
|---|---|---|---|---|---|---|
| DOT-A-78-25 | OGG-341-204 | VIP Lounge | 1,298 | $24.92 | $8,086.54 | |
| | | VIP Lounge/AC | 1,298 | $3.00 | $973.50 | |
| | Contract Total | | | | $9,060.04 | |
| | | | | | | |
| RP 5479 | OGG-321-148 | Ticket Counter | 476 | $24.92 | | $988.49 |
| | OGG-612-118 | Open Equip. Parking | 1,580 | $2.15 | | $283.08 |
| | Contract Total | | | | | $1,271.58 |
| | | | | | | |
| AIPM-99-0463 | | Curbside Check-in | | fixed rate | | $60.00 |
| | Contract Total | | | | | $60.00 |
| | | | | | | |
| RP-6241 | OGG-343-105 | Office | 335 | $24.92 | | $695.68 |
| | | Office/electricity | 335 | $1.80 | | $50.25 |
| | | Office/AC | 335 | $2.16 | | $60.30 |
| | Contract Total | | | | | $806.23 |
| | | | | | | |
| RP 6317 | OGG-341-223 | Storage | 98 | $24.92 | | $203.51 |
| | Contract Total | | | | | $203.51 |
| | | | | | | |
| RP 6505 | OGG-341-214 | Storage | 97 | $24.92 | | $201.44 |
| | Contract Total | | | | | $201.44 |
| | | | | | | |
| RP-6695 (IP) | Gate 9 | Preferential Holdroom* | 2,873 | **$24.92** | | $5,966.26 |
| | Gate 11 | Preferential Holdroom* | 2,873 | **$24.92** | | $5,966.26 |
| | | | | | | $11,932.53 |
| *Based on average holdroom size | | | | | | |
| | | | | | | |
| Grand Total | | | | | $9,060.04 | $14,475.29 |