WAGNER CHOI & VERBRUGGE
James A. Wagner
Chuck C. Choi
745 Fort Street, Suite 1900
Honolulu, HI 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
jwagner@wcelaw.com
Counsel to the Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re: )<br><br>ALOHA AIRLINES, INC.,<br>a Delaware corporation, et al.,[1]<br>Debtors.<br><br>_____<br>This document relates to:<br>ALL CASES<br>_____ | Case No. 08-00337<br>(Chapter 7 Cases)<br>(Jointly Administered)<br>(Honorable Lloyd King) |

## STIPULATION AND ORDER RE CHALLENGE DATE

WHEREAS, pursuant to that certain Stipulation and Interim Order

Authorizing Use of Cash Collateral and Other Pre-Petition Collateral filed herein

on March 21, 2008, paragraph 24, the Court set a date no later than sixty (60) days

after the date of the first order appointing counsel for the Official Committee of

Unsecured Creditors as the deadline for challenging the liens claimed in this

proceeding by GMAC Commercial Finance, LLC ("GMAC") and Yucaipa

Corporate Initiatives Fund I, L.P.P. ("Yucaipa"); and

---

[1] The last four digits of the taxpayer identification number for each of the Debtors follows in
parentheses: (a) Airgroup (9996); (b) Aloha (4888); and (c) Acquisition (7361).

WHEREAS, GMAC and Yucaipa have agreed to extend the challenge date to and including July 31, 2008.

NOW, THEREFORE, IT IS HEREBY STIPULATED by, between, and among the parties that:

1. The Trustee shall have to and including July 31, 2008, to file an adversary proceeding or commence a contested matter challenging the amount, validity, enforceability, perfection, or priority of pre-petition indebtedness or the liens of GMAC and/or Yucaipa on the pre-petition collateral or in respect thereof, or otherwise asserting any claim or causes of action against GMAC or Yucaipa on behalf of the Debtors' estates; and

2. The challenge date deadline may be further extended by agreement of the parties or by Order of the Court.

DATED: Honolulu, Hawaii, ___June 6, 2008_____.

/s/ James A. Wagner
_____
JAMES A. WAGNER
CHUCK C. CHOI
Counsel to Dane S. Field, Trustee

GMAC COMMERCIAL FINANCE LLC

By _____
TED N. PETTIT
Case Lombardi & Pettit
and
DOUGLAS J. LIPKE
Vedder Price P.C.

APPROVED AND SO ORDERED:    6/13/08
_____
United States Bankruptcy Judge

2

YUCAIPA CORPORATE
INITIATIVES FUND I, L.P.P.

By _____
ROBERT A. KLYMAN
Latham & Watkins LLP

*In re Aloha Airlines, Inc., et al.;* Bk. No. 08-00337; STIPULATION AND ORDER
RE CHALLENGE DATE

3