WAGNER CHOI & VERBRUGGE
James A. Wagner
Chuck C. Choi
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Tel: (808) 533-1877
Fax: (808) 566-6900
E-mail: cchoi@wcelaw.com

Counsel to the Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ALOHA AIRLINES, INC., a Delaware corporation, et al.,<br><br>Debtors<br><br>This Document relates to: All Cases | Case No. 08-00337<br>(Chapter 7 Cases)<br>(Jointly Administered)<br><br>DATE: June 26, 2008<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Lloyd King |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON TRUSTEE'S MOTION FOR ORDER AUTHORIZING
TRUSTEE TO SELL BOEING AIRCRAFT FRAMES BEARING FAA
REGISTRATION NOS. N821AL AND N807AL
FREE AND CLEAER OF LIENS AND ENCUMBRANCES
TO STEWART INDUSTRIES INTERNATIONAL LLC**

THIS CAUSE came before the Court on June 26, 2008, at 10:30 a.m., upon a hearing (the "Sale Hearing") on the Trustee's Motion for Entry of Order Authorizing Trustee to Sell Boeing Aircraft Frames Bearing FAA Registration Nos. N821AL and N807AL Free and Clear of Liens and Encumbrances to Stewart

60380

Industries International LLC, filed May 29, 2008 (the "Sale Motion") [D.E. # 609]. Appearances are as noted in the record.

The Court having reviewed the Sale Motion and pleadings filed in support thereof, and the record in these cases, having heard the statements of counsel, and it appearing to the Court that: (i) it has jurisdiction over this matter pursuant to 11 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to, *inter alia*, 28 U.S.C. § 157(b)(2)(A) and (N); and (iii) notice of the Sale Motion and of the Sale Hearing was proper and sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Sale Motion establish just cause for the relief granted herein;

NOW, THEREFORE, THE COURT FINDS, DETERMINES AND CONCLUDES AS FOLLOWS:

1. Notice of the Sale Motion was served upon all creditors listed on the Master Service List. In addition, the Trustee served the Sale Motion and notice thereof in accordance with Rule 7004(b) of the Federal Rules of Bankruptcy Procedures upon GMAC Commercial Finance, LLC ("GMAC"), Yucaipa Corporate Initiatives Fund I, L.P., Wells Fargo Bank Northwest, National Association, STS Services, Inc., and Bank of Hawaii. No oppositions have been filed to the Sale Motion.

U.S. Bankruptcy Court - Hawaii    #08-00337    Dkt # 824    Filed 06/26/08    Page 2 of 3

2. Stewart Industries International LLC (the "Buyer") is a purchaser acting in good faith and is entitled to the protections offered to such a good faith purchaser, as that term is utilized in Section 363(m) of the Bankruptcy Code.

3. The sale of the Airframes has been undertaken in good faith and at arms' length by and between the Trustee and Buyer.

4. The Trustee has advanced sound business reasons for selling the Airframes pursuant to a private sale. The sale is a reasonable exercise of the Trustee's business judgment and it is in the best interests of the estates for the Trustee to sell the Airframes and for the Trustee to execute, deliver and perform the obligations under the Sale Documents.

/s/ Lloyd King
JUN 2 6 2008
United States Bankruptcy Judge

---

*In re Aloha Airlines, Inc.;* Case No. 08-00337; (Chapter 7 cases) (Jointly Administered); FINDINGS OF FACT AND CONCLUSIONS OF LAW ON TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL BOEING AIRCRAFT FRAMES BEARING FAA REGISTRATION NOS. N821AL AND N807AL FREE AND CLEAR OF LIENS AND ENCUMBRANCES TO STEWART INDUSTRIES INTERNATIONAL LLC

U.S. Bankruptcy Court - Hawaii #08-00337 Dkt # 824 Filed 06/26/08 Page 3 of 3