*Name, Address, Phone, Fax, Email of Filer:*



| Debtor: **ALOHA AIRLINES, INC.; ALOHA AIRGROUP, INC.; ALOHA ACQUISITION CORP.** | Case No.: 08-00337; 08-00338; 08-00339 |
|---|---|
| Joint Debtor: | Chapter 7 |

# NOTICE TO CREDITORS REGARDING
## POSTPETITION CLAIMS AND PRECONVERSION ADMINISTRATIVE EXPENSES

**NOTICE IS HEREBY GIVEN:**

This case was converted from one under chapter 11 to a case under chapter 7 on :   **APRIL 29, 2008**

**Postpetition, Preconversion Claims.** If you have a claim against the estate or the Debtor that arose after the commencement of the case but before the date of conversion to chapter 7, the deadline to file a proof of claim is:   **AUGUST 19, 2008**
(Proof of claim forms may be downloaded from www.hib.uscourts.gov)

**Preconversion Administrative Expenses – Non-Governmental Unit.** A request for payment of an administrative expense incurred by a non-governmental unit before conversion of the case is timely filed under 11 U.S.C. § 503(a) if filed before conversion or not later than:   90 days after the date of this notice, i.e.: **OCTOBER 15, 2008**

**Preconversion Administrative Expenses – Governmental Unit.** A request for payment of an administrative expense incurred by a governmental unit before conversion of the case is timely filed under 11 U.S.C. § 503(a) if filed before conversion or not later than:   180 days after the date of the conversion, i.e.: **OCTOBER 27, 2008**

If not filed electronically by a registered user of the court's CM/ECF system, the proof of claim or request for payment of administrative expenses must be sent to:

United States Bankruptcy Court
District of Hawaii
1132 Bishop Street, Suite 250L
Honolulu, HI 96813.

Date: JULY 17, 2008                                      Michael B Dowling
                                                         Clerk

hib_1019-6     7/08