Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

CUYLER SHAW    1413-0
MIRANDA TSAI    8308-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: cshaw@awlaw.com, mtsai@awlaw.com

Attorneys for
 THE STATE OF HAWAII

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | ) CASE NO. 08-00337 |
|---|---|
| | ) (Chapter 7) |
| ALOHA AIRLINES, INC., | ) (Jointly Administered) |
| a Delaware corporation, et. al. | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) Judge: The Honorable Lloyd King |
| | ) |

## REQUEST FOR ALLOWANCE AND PAYMENT OF
## CHAPTER 11 ADMINISTRATIVE EXPENSES; EXHIBITS "A" – "B"

The State of Hawaii (the "State"), by and through its counsel, Ashford & Wriston A Limited Liability Law Partnership LLP, hereby requests that it be allowed, and promptly paid, as a Chapter 11 administrative expense, the sum of $931,963.82 for amounts owed by Aloha Airlines, Inc. under certain leases,

552902.01

revocable permits and parking permits with the State of Hawaii, Department of Transportation, Airports Division, i.e. rent, landing fees and other airport use charges. Exhibit "A" is a summary of the amounts owed itemized by account. Exhibit "B" itemizes rent due for the Chapter 11 period by the applicable permit/lease. The State holds approximately $320,111.26 in security deposits posted by Aloha, which includes five (5) performance bonds of $10,000 each. It is likely that not all of the security deposits will be exhausted by application to prepetition rents and airport use charges and that a portion of the $320,111.26 will become available, upon modification of the automatic stay, to pay Chapter 11 rents. The State also requests such other and further relief as the Court deems just and proper under the circumstances.

This request for allowance and payment of administrative expenses is brought pursuant to Section 503(a) and 503(b)(1)(a) of the Bankruptcy Code, and pursuant to the Notice to Creditors Regarding Postpetition Claims and Preconversion Administrative Expenses filed herein.

The State reserves the right to amend this Request, including without limitation, the assertion of further amounts due or to clarify the Request.

All objections, notices, responses or any other documents with respect to this claim shall be made and delivered to:

Ashford & Wriston LLP
Attn: Cuyler Shaw, Esq./Miranda Tsai, Esq.
1099 Alakea Street, Ste. 1400
Honolulu, Hawaii 96813
Telephone: (808) 539-0400
Facsimile: (808) 533-4945
Email: cshaw@awlaw.com; mtsai@awlaw.com

DATED: Honolulu, Hawaii; October 27, 2008.

_____
CUYLER SHAW
MIRANDA TSAI
Attorneys for the State of Hawaii

STATE OF HAWAII
DEPARTMENT OF TRANSPORTATION
ALOHA AIRLINES, INC. Chapter 11 Case No. 08-00337
RECAP SUMMARY - POST-PETITION, PRE-CONVERSION CLAIMS

| Post-Petition Account | Description | Section Area | Post-Petition Pre-Conversion Claim Amount | Remark |
|---|---|---|---|---|
| 1047 | Fixed Rent and Utilities | A | 693,713.35 | Unpaid rent and utilities between the period of March 21, 2008 and April 28, 2008 |
| 1048 | Airport Use Charges (Landing / Joint Use Charges) | B | 238,223.47 | Unpaid Landing fees and Joint Use charges between the period of March 21, 2008 and April 28, 2008 |

Summary of Total Postpetition, Preconversion Claim Balance as of April 28, 2008: $931,936.82

**Aloha Airlines, Inc.**
Bankruptcy Conversion from Chapter 11 to Chapter 7 - dated April 29, 2008
Account Status: From March 21, 2008 to April 28, 2008
Fixed Rent and Utility Account (Postpetition, Preconversion)

### Rental Invoices

| Inv/Rcpt Date | Inv/Rcpt No | Customer I | Customer Name | Original Amt | Amt/Cr Ap | O/S Bal | Status | Class | Contract Nu |
|---|---|---|---|---|---|---|---|---|---|
| 30-Apr-08 | F08145399 | 1047 | ALOHA AIRLINES INC | 56.34 | | 56.34 | Open | Invoice | RP-5856 |
| 30-Apr-08 | F08145400 | 1047 | ALOHA AIRLINES INC | 158.79 | | 158.79 | Open | Invoice | RP-5856 |
| 30-Apr-08 | F08145401 | 1047 | ALOHA AIRLINES INC | 422.35 | | 422.35 | Open | Invoice | PP-00-K002 |
| 30-Apr-08 | F08145402 | 1047 | ALOHA AIRLINES INC | 1,190.25 | | 1,190.25 | Open | Invoice | PP-00-K002 |
| 30-Apr-08 | F08145403 | 1047 | ALOHA AIRLINES INC | 3,149.05 | | 3,149.05 | Open | Invoice | RP-6693 (IP) |
| 30-Apr-08 | F08145404 | 1047 | ALOHA AIRLINES INC | 8,874.60 | | 8,874.60 | Open | Invoice | RP-6693 (IP) |
| 30-Apr-08 | F08145424 | 1047 | ALOHA AIRLINES INC | 25.19 | | 25.19 | Open | Invoice | AIRH-73-1667 |
| 30-Apr-08 | F08145425 | 1047 | ALOHA AIRLINES INC | 71.00 | | 71.00 | Open | Invoice | AIRH-73-1667 |
| 30-Apr-08 | F08145426 | 1047 | ALOHA AIRLINES INC | 468.83 | | 468.83 | Open | Invoice | RP-4529 |
| 30-Apr-08 | F08145427 | 1047 | ALOHA AIRLINES INC | 1,321.25 | | 1,321.25 | Open | Invoice | RP-4529 |
| 30-Apr-08 | F08145428 | 1047 | ALOHA AIRLINES INC | 165.27 | | 165.27 | Open | Invoice | RP-5516 |
| 30-Apr-08 | F08145429 | 1047 | ALOHA AIRLINES INC | 465.75 | | 465.75 | Open | Invoice | RP-5516 |
| 30-Apr-08 | F08145430 | 1047 | ALOHA AIRLINES INC | 300.73 | | 300.73 | Open | Invoice | RP-4602 |
| 30-Apr-08 | F08145431 | 1047 | ALOHA AIRLINES INC | 847.50 | | 847.50 | Open | Invoice | RP-4602 |
| 30-Apr-08 | F08145433 | 1047 | ALOHA AIRLINES INC | 263.47 | | 263.47 | Open | Invoice | RP-4558 |
| 30-Apr-08 | F08145434 | 1047 | ALOHA AIRLINES INC | 742.50 | | 742.50 | Open | Invoice | RP-4558 |
| 30-Apr-08 | F08145435 | 1047 | ALOHA AIRLINES INC | 5.32 | | 5.32 | Open | Invoice | RP-5490 |
| 30-Apr-08 | F08145436 | 1047 | ALOHA AIRLINES INC | 15.00 | | 15.00 | Open | Invoice | RP-5490 |
| 30-Apr-08 | F08145437 | 1047 | ALOHA AIRLINES INC | 26.61 | | 26.61 | Open | Invoice | RP-5993 |
| 30-Apr-08 | F08145438 | 1047 | ALOHA AIRLINES INC | 75.00 | | 75.00 | Open | Invoice | RP-5993 |
| 30-Apr-08 | F08145442 | 1047 | ALOHA AIRLINES INC | 3,696.85 | | 3,696.85 | Open | Invoice | RP-5918 |
| 30-Apr-08 | F08145443 | 1047 | ALOHA AIRLINES INC | 10,418.39 | | 10,418.39 | Open | Invoice | RP-5918 |
| 30-Apr-08 | F08145452 | 1047 | ALOHA AIRLINES INC | 4,234.12 | | 4,234.12 | Open | Invoice | RP-6695 (IP) |
| 30-Apr-08 | F08145453 | 1047 | ALOHA AIRLINES INC | 11,932.52 | | 11,932.52 | Open | Invoice | RP-6695 (IP) |
| 30-Apr-08 | F08145454 | 1047 | ALOHA AIRLINES INC | 71.48 | | 71.48 | Open | Invoice | RP-6505 |
| 30-Apr-08 | F08145455 | 1047 | ALOHA AIRLINES INC | 201.44 | | 201.44 | Open | Invoice | RP-6505 |
| 30-Apr-08 | F08145456 | 1047 | ALOHA AIRLINES INC | 72.21 | | 72.21 | Open | Invoice | RP-6317 |
| 30-Apr-08 | F08145457 | 1047 | ALOHA AIRLINES INC | 203.51 | | 203.51 | Open | Invoice | RP-6317 |
| 30-Apr-08 | F08145458 | 1047 | ALOHA AIRLINES INC | 21.29 | | 21.29 | Open | Invoice | AIPM-99-0463 |
| 30-Apr-08 | F08145459 | 1047 | ALOHA AIRLINES INC | 60.00 | | 60.00 | Open | Invoice | AIPM-99-0463 |

EXHIBIT "B"

**Aloha Airlines, Inc.**
**Bankruptcy Conversion from Chapter 11 to Chapter 7 - dated April 29, 2008**
**Account Status: From March 21, 2008 to April 28, 2008**
**Fixed Rent and Utility Account (Postpetition, Preconversion)**

| Date | Invoice # | Acct | Vendor | Amount | Amount | Status | Type | Reference |
|---|---|---|---|---|---|---|---|---|
| 30-Apr-08 | F08145460 | 1047 | ALOHA AIRLINES INC - | 260.56 | 260.56 | Open | Invoice | RP-4283 |
| 30-Apr-08 | F08145461 | 1047 | ALOHA AIRLINES INC - | 734.30 | 734.30 | Open | Invoice | RP-4283 |
| 30-Apr-08 | F08145462 | 1047 | ALOHA AIRLINES INC - | 238.75 | 238.75 | Open | Invoice | RP-5145 |
| 30-Apr-08 | F08145463 | 1047 | ALOHA AIRLINES INC - | 672.84 | 672.84 | Open | Invoice | RP-5145 |
| 30-Apr-08 | F08145464 | 1047 | ALOHA AIRLINES INC - | 203.38 | 203.38 | Open | Invoice | RP-6072 |
| 30-Apr-08 | F08145465 | 1047 | ALOHA AIRLINES INC - | 573.16 | 573.16 | Open | Invoice | RP-6072 |
| 30-Apr-08 | F08145467 | 1047 | ALOHA AIRLINES INC - | 296.45 | 296.45 | Open | Invoice | RP-4138 |
| 30-Apr-08 | F08145468 | 1047 | ALOHA AIRLINES INC - | 835.43 | 835.43 | Open | Invoice | RP-4138 |
| 30-Apr-08 | F08145472 | 1047 | ALOHA AIRLINES INC - | 109.84 | 109.84 | Open | Invoice | RP-6440 |
| 30-Apr-08 | F08145473 | 1047 | ALOHA AIRLINES INC - | 309.55 | 309.55 | Open | Invoice | RP-6440 |
| 30-Apr-08 | F08145479 | 1047 | ALOHA AIRLINES INC - | 1,423.25 | 1,423.25 | Open | Invoice | RP-3924 |
| 30-Apr-08 | F08145480 | 1047 | ALOHA AIRLINES INC - | 4,010.99 | 4,010.99 | Open | Invoice | RP-3924 |
| 30-Apr-08 | F08145482 | 1047 | ALOHA AIRLINES INC - | 459.60 | 459.60 | Open | Invoice | RP-5556 |
| 30-Apr-08 | F08145483 | 1047 | ALOHA AIRLINES INC - | 1,134.05 | 1,134.05 | Open | Invoice | RP-5560 |
| 30-Apr-08 | F08145484 | 1047 | ALOHA AIRLINES INC - | 1,295.25 | 1,295.25 | Open | Invoice | RP-5556 |
| 30-Apr-08 | F08145485 | 1047 | ALOHA AIRLINES INC - | 3,195.98 | 3,195.98 | Open | Invoice | RP-5560 |
| 30-Apr-08 | F08145486 | 1047 | ALOHA AIRLINES INC - | 226.46 | 226.46 | Open | Invoice | RP-5542 |
| 30-Apr-08 | F08145487 | 1047 | ALOHA AIRLINES INC - | 638.21 | 638.21 | Open | Invoice | RP-5542 |
| 30-Apr-08 | F08145488 | 1047 | ALOHA AIRLINES INC - | 17.39 | 17.39 | Open | Invoice | RP-5982 |
| 30-Apr-08 | F08145489 | 1047 | ALOHA AIRLINES INC - | 49.00 | 49.00 | Open | Invoice | RP-5982 |
| 30-Apr-08 | F08145490 | 1047 | ALOHA AIRLINES INC - | 1,396.08 | 1,396.08 | Open | Invoice | RP-4788 |
| 30-Apr-08 | F08145491 | 1047 | ALOHA AIRLINES INC - | 3,934.40 | 3,934.40 | Open | Invoice | RP-4788 |
| 30-Apr-08 | F08145493 | 1047 | ALOHA AIRLINES INC - | 776.44 | 776.44 | Open | Invoice | RP-5154 |
| 30-Apr-08 | F08145494 | 1047 | ALOHA AIRLINES INC - | 2,188.16 | 2,188.16 | Open | Invoice | RP-5154 |
| 30-Apr-08 | F08145495 | 1047 | ALOHA AIRLINES INC - | 276.49 | 276.49 | Open | Invoice | RP-5520 |
| 30-Apr-08 | F08145496 | 1047 | ALOHA AIRLINES INC - | 779.20 | 779.20 | Open | Invoice | RP-5520 |
| 30-Apr-08 | F08145497 | 1047 | ALOHA AIRLINES INC - | 915.03 | 915.03 | Open | Invoice | RP-6351 |
| 30-Apr-08 | F08145498 | 1047 | ALOHA AIRLINES INC - | 2,578.73 | 2,578.73 | Open | Invoice | RP-6351 |
| 30-Apr-08 | F08145499 | 1047 | ALOHA AIRLINES INC - | 4,443.21 | 4,443.21 | Open | Invoice | DOTA-76-0022 |
| 30-Apr-08 | F08145500 | 1047 | ALOHA AIRLINES INC - | 80.90 | 80.90 | Open | Invoice | RP-6547 |
| 30-Apr-08 | F08145501 | 1047 | ALOHA AIRLINES INC - | 228.00 | 228.00 | Open | Invoice | RP-6547 |
| 30-Apr-08 | F08145502 | 1047 | ALOHA AIRLINES INC - | 36,757.39 | 36,757.39 | Open | Invoice | DOTA-76-0022 |

Aloha Airlines, Inc.
Bankruptcy Conversion from Chapter 11 to Chapter 7 - dated April 29, 2008
Account Status: From March 21, 2008 to April 28, 2008
Fixed Rent and Utility Account (Postpetition, Preconversion)

| Date | Doc # | Cust # | Customer | Amount | Status | Type | Reference |
|---|---|---|---|---:|---|---|---|
| 30-Apr-08 | F08145503 | 1047 | ALOHA AIRLINES INC - | 67.45 | Open | Invoice | RP-5711 |
| 30-Apr-08 | F08145504 | 1047 | ALOHA AIRLINES INC - | 190.10 | Open | Invoice | RP-5711 |
| 30-Apr-08 | F08145506 | 1047 | ALOHA AIRLINES INC - | 533.14 | Open | Invoice | RP-4557 |
| 30-Apr-08 | F08145507 | 1047 | ALOHA AIRLINES INC - | 1,502.50 | Open | Invoice | RP-4557 |
| 30-Apr-08 | F08145512 | 1047 | ALOHA AIRLINES INC - | 682.54 | Open | Invoice | RP-4109 |
| 30-Apr-08 | F08145514 | 1047 | ALOHA AIRLINES INC - | 1,923.50 | Open | Invoice | RP-4109 |
| 30-Apr-08 | F08145520 | 1047 | ALOHA AIRLINES INC - | 11,762.86 | Open | Invoice | DOTA-78-0023 |
| 30-Apr-08 | F08145521 | 1047 | ALOHA AIRLINES INC - | 97,310.83 | Open | Invoice | DOTA-78-0023 |
| 30-Apr-08 | F08145530 | 1047 | ALOHA AIRLINES INC - | 1,892.74 | Open | Invoice | RP-6694 (IP) |
| 30-Apr-08 | F08145531 | 1047 | ALOHA AIRLINES INC - | 5,334.08 | Open | Invoice | RP-6694 (IP) |
| 30-Apr-08 | F08145636 | 1047 | ALOHA AIRLINES INC - | 1,119.66 | Open | Invoice | RP-6320 |
| 30-Apr-08 | F08145639 | 1047 | ALOHA AIRLINES INC - | 3,155.40 | Open | Invoice | RP-6320 |
| 30-Apr-08 | F08145703 | 1047 | ALOHA AIRLINES INC - | 17,217.66 | Open | Invoice | AIPM-94-0919 |
| 30-Apr-08 | F08145704 | 1047 | ALOHA AIRLINES INC - | 48,522.52 | Open | Invoice | AIPM-94-0919 |
| 30-Apr-08 | F08145706 | 1047 | ALOHA AIRLINES INC - | 3,733.39 | Open | Invoice | AIPM-02-0320 |
| 30-Apr-08 | F08145707 | 1047 | ALOHA AIRLINES INC - | 10,521.35 | Open | Invoice | AIPM-02-0320 |
| 30-Apr-08 | F08145709 | 1047 | ALOHA AIRLINES INC - | 38.00 | Open | Invoice | RP-5763 |
| 30-Apr-08 | F08145710 | 1047 | ALOHA AIRLINES INC - | 107.10 | Open | Invoice | RP-5763 |
| 30-Apr-08 | F08145712 | 1047 | ALOHA AIRLINES INC - | 268.01 | Open | Invoice | RP-5922 |
| 30-Apr-08 | F08145713 | 1047 | ALOHA AIRLINES INC - | 755.31 | Open | Invoice | RP-5922 |
| 30-Apr-08 | F08145715 | 1047 | ALOHA AIRLINES INC - | 193.01 | Open | Invoice | RP-5920 |
| 30-Apr-08 | F08145716 | 1047 | ALOHA AIRLINES INC - | 543.94 | Open | Invoice | RP-5920 |
| 30-Apr-08 | F08145718 | 1047 | ALOHA AIRLINES INC - | 539.03 | Open | Invoice | RP-5960 |
| 30-Apr-08 | F08145719 | 1047 | ALOHA AIRLINES INC - | 1,519.08 | Open | Invoice | RP-5960 |
| 30-Apr-08 | F08145721 | 1047 | ALOHA AIRLINES INC - | 1,209.62 | Open | Invoice | RP-4950 |
| 30-Apr-08 | F08145722 | 1047 | ALOHA AIRLINES INC - | 3,408.92 | Open | Invoice | RP-4950 |
| 30-Apr-08 | F08145724 | 1047 | ALOHA AIRLINES INC - | 3,239.18 | Open | Invoice | RP-4126 |
| 30-Apr-08 | F08145725 | 1047 | ALOHA AIRLINES INC - | 9,128.61 | Open | Invoice | RP-4126 |
| 30-Apr-08 | F08145727 | 1047 | ALOHA AIRLINES INC - | 3,240.17 | Open | Invoice | RP-4543 |
| 30-Apr-08 | F08145728 | 1047 | ALOHA AIRLINES INC - | 9,131.40 | Open | Invoice | RP-4543 |
| 30-Apr-08 | F08145730 | 1047 | ALOHA AIRLINES INC - | 454.01 | Open | Invoice | RP-4607 |
| 30-Apr-08 | F08145731 | 1047 | ALOHA AIRLINES INC - | 1,279.49 | Open | Invoice | RP-4607 |

**Aloha Airlines, Inc.**
**Bankruptcy Conversion from Chapter 11 to Chapter 7 - dated April 29, 2008**
**Account Status: From March 21, 2008 to April 28, 2008**
**Fixed Rent and Utility Account (Postpetition, Preconversion)**

| Date | Ref | Customer | Amount | Amount | Status | Type | Reference |
|---|---|---|---:|---:|---|---|---|
| 30-Apr-08 | F08145733 | 1047 ALOHA AIRLINES INC | 2,838.71 | 2,838.71 | Open | Invoice | PP-90-O890 |
| 30-Apr-08 | F08145734 | 1047 ALOHA AIRLINES INC | 8,000.00 | 8,000.00 | Open | Invoice | PP-90-O890 |
| 30-Apr-08 | F08145736 | 1047 ALOHA AIRLINES INC | 71.80 | 71.80 | Open | Invoice | PP-96-1254 |
| 30-Apr-08 | F08145737 | 1047 ALOHA AIRLINES INC | 202.34 | 202.34 | Open | Invoice | PP-96-1254 |
| 30-Apr-08 | F08145739 | 1047 ALOHA AIRLINES INC | 60.45 | 60.45 | Open | Invoice | PP-03-0053 |
| 30-Apr-08 | F08145740 | 1047 ALOHA AIRLINES INC | 170.36 | 170.36 | Open | Invoice | PP-03-0053 |
| 30-Apr-08 | F08145742 | 1047 ALOHA AIRLINES INC | 1,059.36 | 1,059.36 | Open | Invoice | RP-6358 |
| 30-Apr-08 | F08145743 | 1047 ALOHA AIRLINES INC | 2,985.49 | 2,985.49 | Open | Invoice | RP-6358 |
| 30-Apr-08 | F08145745 | 1047 ALOHA AIRLINES INC | 54.03 | 54.03 | Open | Invoice | PP-06-0014 |
| 30-Apr-08 | F08145746 | 1047 ALOHA AIRLINES INC | 152.27 | 152.27 | Open | Invoice | PP-06-0014 |
| 30-Apr-08 | F08145748 | 1047 ALOHA AIRLINES INC | 17,415.95 | 17,415.95 | Open | Invoice | RP-6689 (IP) |
| 30-Apr-08 | F08145749 | 1047 ALOHA AIRLINES INC | 49,081.30 | 49,081.30 | Open | Invoice | RP-6689 (IP) |
| 30-Apr-08 | F08145751 | 1047 ALOHA AIRLINES INC | 12,470.09 | 12,470.09 | Open | Invoice | RP-5051 |
| 30-Apr-08 | F08145752 | 1047 ALOHA AIRLINES INC | 35,142.99 | 35,142.99 | Open | Invoice | RP-5051 |
| 30-Apr-08 | F08145754 | 1047 ALOHA AIRLINES INC | 38.00 | 38.00 | Open | Invoice | RP-5759 |
| 30-Apr-08 | F08145755 | 1047 ALOHA AIRLINES INC | 107.10 | 107.10 | Open | Invoice | RP-5759 |
| 30-Apr-08 | F08145757 | 1047 ALOHA AIRLINES INC | 8,595.27 | 8,595.27 | Open | Invoice | RP-6097 |
| 30-Apr-08 | F08145758 | 1047 ALOHA AIRLINES INC | 24,223.07 | 24,223.07 | Open | Invoice | RP-6097 |
| 30-Apr-08 | F08145760 | 1047 ALOHA AIRLINES INC | 859.74 | 859.74 | Open | Invoice | RP-5431 |
| 30-Apr-08 | F08145761 | 1047 ALOHA AIRLINES INC | 2,422.92 | 2,422.92 | Open | Invoice | RP-5431 |
| 30-Apr-08 | F08145763 | 1047 ALOHA AIRLINES INC | 1,272.27 | 1,272.27 | Open | Invoice | RP-5449 |
| 30-Apr-08 | F08145764 | 1047 ALOHA AIRLINES INC | 3,585.50 | 3,585.50 | Open | Invoice | RP-5449 |
| 30-Apr-08 | F08145766 | 1047 ALOHA AIRLINES INC | 87.73 | 87.73 | Open | Invoice | RP-5210 |
| 30-Apr-08 | F08145767 | 1047 ALOHA AIRLINES INC | 247.23 | 247.23 | Open | Invoice | RP-5210 |
| 30-Apr-08 | F08145769 | 1047 ALOHA AIRLINES INC | 493.21 | 493.21 | Open | Invoice | AIPM-02-0229 |
| 30-Apr-08 | F08145770 | 1047 ALOHA AIRLINES INC | 1,389.95 | 1,389.95 | Open | Invoice | AIPM-02-0229 |
| 30-Apr-08 | F08145775 | 1047 ALOHA AIRLINES INC | 3,811.01 | 3,811.01 | Open | Invoice | AIPM-98-0546 |
| 30-Apr-08 | F08145776 | 1047 ALOHA AIRLINES INC | 10,740.12 | 10,740.12 | Open | Invoice | AIPM-98-0546 |
| 30-Apr-08 | F08145778 | 1047 ALOHA AIRLINES INC | 224.01 | 224.01 | Open | Invoice | AIPM-02-0318 |
| 30-Apr-08 | F08145779 | 1047 ALOHA AIRLINES INC | 631.30 | 631.30 | Open | Invoice | AIPM-02-0318 |
| 30-Apr-08 | F08145781 | 1047 ALOHA AIRLINES INC | 12,552.06 | 12,552.06 | Open | Invoice | DOTA-62-0022 |
| 30-Apr-08 | F08145782 | 1047 ALOHA AIRLINES INC | 35,373.98 | 35,373.98 | Open | Invoice | DOTA-62-0022 |

**Aloha Airlines, Inc.**
**Bankruptcy Conversion from Chapter 11 to Chapter 7 - dated April 29, 2008**
Account Status: From March 21, 2008 to April 28, 2008
Fixed Rent and Utility Account (Postpetition, Preconversion)

| Date | Inv No | Customer | Customer Name | Amount | Status | Type | Reference |
|---|---|---|---|---|---|---|---|
| 30-Apr-08 | F08145786 | 1047 | ALOHA AIRLINES INC - | 60.45 | Open | Invoice | PP-05-0008 (IP) |
| 30-Apr-08 | F08145791 | 1047 | ALOHA AIRLINES INC - | 170.36 | Open | Invoice | PP-05-0008 (IP) |
| 30-Apr-08 | F08145793 | 1047 | ALOHA AIRLINES INC - | 4,441.73 | Open | Invoice | RP-6093 |
| 30-Apr-08 | F08145794 | 1047 | ALOHA AIRLINES INC - | 12,517.63 | Open | Invoice | RP-6093 |
| 30-Apr-08 | F08145845 | 1047 | ALOHA AIRLINES INC - | 286.09 | Open | Invoice | RP-6241 |
| 30-Apr-08 | F08145846 | 1047 | ALOHA AIRLINES INC - | 806.23 | Open | Invoice | RP-6241 |
| 30-Apr-08 | F08145848 | 1047 | ALOHA AIRLINES INC - | 1,991.80 | Open | Invoice | RP-5211 |
| 30-Apr-08 | F08145849 | 1047 | ALOHA AIRLINES INC - | 5,613.23 | Open | Invoice | RP-5211 |
| 30-Apr-08 | F08145858 | 1047 | ALOHA AIRLINES INC - | 10,058.16 | Open | Invoice | DOTA-78-0025 |
| 30-Apr-08 | F08145859 | 1047 | ALOHA AIRLINES INC - | 83,208.30 | Open | Invoice | DOTA-78-0025 |
| 30-Apr-08 | F08145864 | 1047 | ALOHA AIRLINES INC - | 350.76 | Open | Invoice | RP-5479 |
| 30-Apr-08 | F08145865 | 1047 | ALOHA AIRLINES INC - | 988.49 | Open | Invoice | RP-5479 |
| 30-Apr-08 | Prorated adjustment for 2 days: | | | (47,864.83) | | | |
| | | | | | | | 670,107.69 |

**Utility Invoices**

| Inv/Rcpt Date | Inv/Rcpt No | Customer | Customer Name | Original Amt | Amt/Cr Ap | O/S Bal |
|---|---|---|---|---|---|---|
| 29-Apr-08 | UE08145336 | 1047 | ALOHA AIRLINES INC - | 1,860.32 | | 1,860.32 |
| 31-May-08 | UE08148097 | 1047 | ALOHA AIRLINES INC - | 2,919.13 | | 2,919.13 |
| 31-May-08 | UE08148283 | 1047 | ALOHA AIRLINES INC - | 6,847.59 | | 6,847.59 |
| 31-May-08 | UE08148293 | 1047 | ALOHA AIRLINES INC - | 11,915.59 | | 11,915.59 |
| 29-Apr-08 | UP08145294 | 1047 | ALOHA AIRLINES INC - | 63.03 | | 63.03 |
| | | | Subtotal Balance of Utility Invoices: | | | 23,605.66 |

**Total Postpetition, Preconversion Claim Balance as of April 28, 2008:** 693,713.35