WAGNER CHOI & VERBRUGGE
Attorneys at Law
JAMES A. WAGNER
CHUCK C. CHOI
745 Fort Street, Suite 1900
Honolulu, HI 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
E-Mail: jwagner@hibklaw.com
*Counsel to the Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| In re: | ) | Case No. 08-00337 |
|---|---|---|
| | ) | (Converted to Chapter 7) |
| ALOHA AIRLINES, INC., | ) | (Jointly Administered) |
| a Delaware corporation, et al.,[1] | ) | (Honorable Lloyd King) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| This document relates to: | ) | |
| ALL CASES | ) | |
| | ) | |

## STIPULATION AND ORDER EXTENDING
## TIME WITHIN WHICH TRUSTEE MAY BRING
## AVOIDANCE ACTION PURSUANT TO 11 U.S.C. § 547

DANE S. FIELD, Chapter 7 Trustee in the above proceeding, by and through his undersigned counsel, and the creditor identified at the foot hereof ("Creditor"), hereby stipulate as follows:

---

[1] The last four digits of the taxpayer identification number for each of the debtors follows in parentheses: (a) Airgroup (9996); (b) Aloha (4888); and (c) Acquisition (8526).

WHEREAS, the Trustee has asserted that certain payments made to Creditor pre-petition were preferential and subject to avoidance, pursuant to 11 U.S.C. § 547.

WHEREAS, the Trustee and Creditor wish to extend the time within which the Trustee may bring an avoidance action against Creditor;

NOW, THEREFORE, it is hereby stipulated by and between the Trustee and Creditor, that the Trustee shall have to and including June 30, 2010, within which to bring an action against Creditor for recovery of preferences pursuant to 11 U.S.C. § 547.

DATED: Honolulu, Hawaii, 2/26/10.

_____
JAMES A. WAGNER
Attorney for Chapter 7 Trustee

March 1, 2010

APPROVED AND SO ORDERED:

_____
United States Bankruptcy Judge

The State of Hawaii through the
Airports Division of its Department
Of Transportation

By _____

Title: Attorney for The State of Hawaii through the Airports Div. of its Department of Transportation

Print Name and Date:

Cuyler Shaw, February 26, 2010

2